504 F.2d 1108
 Thomas H. McMULLEN, Plaintiff-Appellant,
v.
UNITED STATES of America et al., Defendants-Appellees.
 No. 73-1387.
 United States Court of Appeals, Ninth Circuit.
 Nov. 12, 1974.
 
 William A. Fazio, Lawton, Christensen, Fazio, McDonnell & Briggs, La Habra, Cal., for plaintiff-appellant.
 William D. Keller, U.S. Atty., Los Angeles, Cal., for defendants-appellees.
 Before CARTER, TRASK and GOODWIN, Circuit Judges.
 OPINION
 JAMES M. CARTER, Circuit Judge:
 
 
 1
 The Judgment below is affirmed on the basis of McMullen v. United States, 349 F.Supp. 1348 (C.D.Cal., 1972).